ward no matter not considered by us when the case was properly before this court upon original hearing and upon motion for rehearing.

The application will be overruled.

## GONZALES v. STATE.  (No. 12636.)

Court of Criminal Appeals of Texas.  May 15, 1929.

H. S. Paulus, of Yoakum, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J.  The offense is murder; the punishment confinement in the penitentiary for 50 years.

The record is before us without a statement of facts or bills of exception.  No question is presented for review.

The judgment is affirmed.

PER CURIAM.  The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.